IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 NOV -2 PM 1:28

ROBERT R. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| JAMES E. POTTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No.   04-1113 T/An |
| CSX TRANSPORTATION, INC., a corporation, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

Before the Court is Defendant's Motion To Continue Trial Date. For good cause shown, the Motion is GRANTED. The trial currently set for Monday, November 14, 2005 is hereby continued. The Court will notify the parties of a new trial date by a separate Order.

IT IS SO ORDERED this 2nd day of November, 2005.

_____
James D. Todd

F:\CSX\POTTER\Motion - Continue Trial (PO)

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/3/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:04-CV-01113 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Frank O. Burge
BURGE & WETTERMARK
2300 Southtrust Tower
Birmingham, AL 35203--320

Honorable James Todd
US DISTRICT COURT